THOMASON v. THE ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY, *Appellant.*

**Record in the Supreme Court:** PRACTICE. The record in this case not containing any statement of plaintiff's cause of action, the judgment of the court below in his favor is reversed.

*Appeal from Madison Circuit Court.*—HON. WM. N. NALLE, Judge.

.REVERSED.

*William R. Donaldson* and *Smith & Krauthoff* for appellant.

This is an action instituted before a justice of the peace to recover double damages for certain animals alleged to have been killed by the defendant's cars. The judgment must be reversed because the record fails to show that the justice had jurisdiction. The statement filed before him is not in the transcript, and there is nothing else in the case to show the facts necessary to confer jurisdiction.

NORTON, J.—This cause is here upon defendant's appeal, and as the transcript and record before us neither contains a statement of the cause of action nor the petition on which the plaintiff relies to sustain the judgment, on the authority of the cases of *Barnett v. Atlantic & Pacific R. R. Co.*, 68 Mo. 64, and *Canel Kennedy v. St. Louis & Iron Mountain R. R. Co.*,* (decided at last term,) the judgment will be reversed and cause remanded, in which all concur.

---

*Not furnished the reporter for publication.